1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    PHILLIP V. LIGGINS,

11              Petitioner,                    No. CIV S-09-1777 GEB EFB P

12         vs.

13    MIKE MCDONALD,

14              Respondent.                    ORDER

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17    of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19              On September 1, 2011, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within fourteen days.  Petitioner

22    has filed objections to the findings and recommendations.

23              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24    304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25    file, the court finds the findings and recommendations to be supported by the record and by

26    proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed September 1, 2011, are adopted in

3    full;

4        2.  Petitioner's January 3, 2011 motion for stay and abeyance is denied as moot;

5    and

6        3.  Petitioner's May 31, 2011 motion to amend is denied as futile.

7    Dated:  September 21, 2011

8

9    _____
     GARLAND E. BURRELL, JR.
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2